**STATE of Missouri, Respondent,**

v.

**Everett J. STANFIELD, Appellant.**

**No. WD 33592.**

Missouri Court of Appeals,
Western District.

Sept. 27, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and DIXON and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Everett J. Stanfield was found guilty of rape by a jury which assessed punishment at 15 years. Upon finding Stanfield to be a persistent offender the court imposed sentence of 30 years imprisonment.

Judgment affirmed. No jurisprudential purpose would be served by written opinion and ruling. Rule 30.25(b).